**Order entered January 18, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00539-CV

### IN THE INTEREST OF A.T., N.T., AND B.T., CHILDREN

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-51820-2014**

## ORDER

The Court has before it appellant's January 6, 2017 motion to abate the appeal and to extend time to file reply brief and appellee's response to motion to abate appeal and to extend time to file reply brief. We **DENY** appellant's request for an abatement without prejudice to the parties pursuing mediation on their own. We **GRANT** appellant's motion to the extent that appellant's reply brief shall be filed no later than **FEBRUARY 7, 2017**.

/s/    CRAIG STODDART
       JUSTICE